United States Bankruptcy
for the Middle District of
Florida

RE: VERDELL TERIA JONES | CH 7
         DEBTOR            | 14-05965-3G7

## Motion

To Reopen Bankruptcy File
14-05965-3G7
To add Creditor JONES, VERDELL TERIA.

RESPECTFULLY,

x _____
  VERDELL T. JONES, DEBTOR

DATE: 27 APR 2016

**FILED**
JACKSONVILLE, FLORIDA
APR 2 7 2016
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA