United States Bankruptcy Court
Middle District of Florida

In re:  
Verdell Jones  
      Debtor

Case No. 14-05965-PMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-3     User: leel     Page 1 of 1     Date Rcvd: Apr 28, 2016  
                  Form ID: Dodefmao     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2016.  
db           +Verdell Jones,    8622 3rd Avenue,    Jacksonville, FL 32208-2640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2016 at the address(es) listed below:  
        Gordon P. Jones     gjones@epitrustee.com, gjones@ecf.epiqsystems.com  
        United States Trustee - JAX 13/7     USTP.Region21.OR.ECF@usdoj.gov  
                                          TOTAL: 2

**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

**Dated: April 28, 2016**

ORDERED.

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No. 3:14–bk–05965–PMG
                                                                                               Chapter 7
Verdell Jones
aka Verdell Williams

_____Debtor\*_____/

### *ORDER ABATING MOTION TO REOPEN CHAPTER 7*

THIS CASE came on for consideration, without hearing, of the Motion to Reopen Chapter 7 by debtor , Doc. # 31 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☑ The motion does not include a signed and dated proof of service as required by Local Rule 9013–1.

☐ The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

☐ The motion does not specifically describe the property, including the legal description if real property, or VIN if vehicle.

☐ The Motion for Referral to Mortgage Modification Mediation does not include a complete property address.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the last four digits of the mortgage loan number.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

☐ The Chapter 11 Fee Application does not include the Chapter 11 Fee Application Summary required by Local Rule 2016–1(c)(2)(i) or the summary is not placed within the application in the location required by Local Rule 2016–1(c)(2)(i).

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.